USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1263  UNITED STATES, Appellee, v. CARLTON E. ALLEN, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Robert A. Levine on brief for appellant. ________________ Jay P. McCloskey, United States Attorney, Jonathan R. Chapman and ________________ ____________________ F. Mark Terison, Assistant United States Attorneys, on brief for ________________ appellee. ____________________ August 22, 1996 ____________________ Per Curiam. The defendant appeals his conviction __________ for possession of a short barrel shotgun in violation of 26 U.S.C. 5861(d), contending that the gun was found as the result of a pretextual stop of his vehicle by the police. Because this case is controlled by the recent decision in Whren v. United States, 116 S.Ct. 1769 (1996), we affirm the _____ _____________ judgment below. Affirmed. Loc. R. 27.1. ________ -2-